**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EDWARD J. CALLAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 11641 |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

On February 1, 2016 this Court issued a minute entry that denied the In Forma Pauperis Application ("Application") tendered by plaintiff Edward Callahan ("Callahan"), in part because some of the answers in the Application had been presented in an unreadable and confusing form -- but the minute entry went on to provide that if those answers were corrected the denial of the Application would be subject to possible reconsideration. Now Callahan has tried again, this time by submitting a revised Application coupled with a copy of a motion in a different case (No. 15 C 11642). That motion seeks reconsideration by this Court's colleague Honorable Rebecca Pallmeyer of her January 8, 2016 order that had granted him partial relief for a similar difficulty by allowing him to pay a reduced filing fee of $150. It is obvious that Judge Pallmeyer had the same difficulty in following Callahan's convoluted explanation that had led to this Court's action in the case before it.

Callahan's attempted explanation of the interrelationship of the finances of him, his wife and their daughter who lives with them remains a tangled web, but this Court is loath to preclude him from pursuing what appears to be a plausible claim under the standard established by the Twombly-Iqbal canon. It therefore defers ruling on the current Application and will allow this

action to proceed on the merits, but on condition that if Callahan hereafter prevails and recovers damages in either or both of the action before Judge Pallmeyer (Case No. 15 C 11642) and this action (Case No. 15 C 11641), he will be required to pay the full filing fee in this action. Meanwhile this Court is contemporaneously issuing its customary initial scheduling order in this case, and it will look to Callahan's counsel to pursue the lawsuit in the regular course.

                                              Milton I. Shadur
                                              Senior United States District Judge

Date: February 9, 2016